**Order entered May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00334-CR

### VICTOR VARGAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 401-82363-2011

## ORDER

Before the Court is the appeal from the order of the trial court placing appellant on deferred adjudication for the offense of aggravated robbery. Appellant's sole issue on appeal is the sufficiency of the evidence to support the trial court's order that he reimburse the county for court appointed attorney fees assessed in this case. The clerk's record contains:

(1) the trial court's February 15, 2012 judgment assessing courts costs of $269.12 against appellant. The judgment also states "the cost to Collin County for the payment of this defendant's court-appointed attorney, if any, is taxed against this defendant as court costs. The District Clerk is granted leave to amend the court cost to reflect this amount without the necessity of a further order."

(2) the April 23, 2012 printed docket sheet showing "Total Charges $929.12" assessed against appellant under the portion entitled "Financial Information."

(3) the Payment Agreement from the Collin County Community Supervision and Corrections Department, signed by appellant and his supervision officer, stating:

| FEE TYPE | AMOUNT DUE |
|----------|------------|
| Court Cost | TBD |
| Attorney Fee | -0- |
| Fine | 0.00 |
| Total | court costs |

We **ORDER** the Collin County District Clerk to file a supplemental clerk's record, on or before June 7, 2013, containing a cost bill showing all fines, court costs, and court appointed attorney fees assessed in this case. If the cost bill uses abbreviations, the District Clerk is instructed to also file an explanation of any abbreviations used to designate a particular fine, court cost, or court appointed attorney fee.

/s/     MICHAEL J. O'NEILL
JUSTICE